# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOBLE GORDON,<br><br>        Plaintiff,<br><br>   v.<br><br>COLLECTO, INC.,<br><br>        Defendant. | Case No. 1:19-cv-00181-DAD-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 13) |

On January 17, 2020, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement of this action. (ECF No. 13.) Plaintiff requests sixty (60) days to file dispositional documents. (Id.)

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. Plaintiff shall file dispositional documents on or before March 17, 2020.

IT IS SO ORDERED.

Dated: **January 21, 2020**

UNITED STATES MAGISTRATE JUDGE

1